**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 26-00208 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JUAN JOSE QUIROZ (01) | MAGISTRATE JUDGE AYO |

## ORDER

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After considering the official transcript (Record Document 35) and noting the defendant's waiver of any objections, the Court finds the plea is correct under applicable law.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Juan Jose Quiroz, is **ACCEPTED** and he is fully adjudged guilty of the offense charged in Count 1 of the Indictment, consistent with the Report and Recommendation.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 15th day of October, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE